FILED'06 MAR 15 10:17USDC-ORM

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **OREGON NATURAL RESOURCES COUNCIL FUND, KLAMATH FOREST ALLIANCE, NORTHWEST ENVIRONMENTAL DEFENSE CENTER,** and **SIERRA CLUB,**<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>**LINDA GOODMAN,** Regional Forester, and **UNITED STATES FOREST SERVICE,**<br><br>　　　　　　　　Defendants. | Civil No. 04-593-CO<br><br>**JOINT STIPULATION AND ORDER OF DISMISSAL** |

The parties hereby stipulate to a dismissal with prejudice of the above-captioned case, with each party to bear its own costs, based upon the following facts:

1. On April 30, 2004, plaintiffs filed the Complaint in this action, Dkt. # 1;

2. On May 24, 2004, Crown Pacific Limited, which later dissolved through bankruptcy in August 2004, was granted the right to intervene in the remedial phase of the action, Dkt. #s 33, 63;

3. On May 24, 2004, plaintiffs moved for a temporary restraining order and preliminary injunction ("TRO/PI"), Dkt. # 18;

4. On June 23, 2004, the Court denied the motion for TRO/PI, Dkt. # 63;

5. On July 1, 2004, plaintiffs appealed;

6. On September 13, 2004, the Ninth Circuit affirmed the denial of the TRO/PI.

There has been no resolution of the merits of the action. No further action has occurred in this case, and none is expected. Therefore, the parties have conferred and agreed to seek dismissal of the action, with each party to bear its own costs.

DATED this 14th day of March 2006.

Respectfully submitted,

| /s James D. Brown | /s James L. Sutherland |
| JAMES D. BROWN | JAMES L. SUTHERLAND |
| Cascade Resources Advocacy Group | U.S. Attorney's Office |
| OSB # 02262 | OSB # 68160 |
| (503) 525-2724 | (503) 727-1194 |
| Of Attorneys for Plaintiffs | Of Attorneys for Defendant |

**IT IS SO ORDERED.** It is further **ORDERED** that the Clerk shall issue the Judgment in this matter forthwith.

Dated this 15 day of March, 2006.

_____
JOHN P. COONEY
UNITED STATES MAGISTRATE JUDGE

Page 3 - JOINT STIPULATION AND ORDER OF DISMISSAL